July 26, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MATTHEW BLEVINS SWANNER, Appellant

NOS. 14-15-00782-CR
14-15-00783-CR                                    V.

THE STATE OF TEXAS, Appellee

—————————————————

       This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of modification by this Court. Therefore, the judgment is **MODIFIED** to reflect that appellant entered a not guilty plea at trial.

       The Court orders the judgment **AFFIRMED** as **MODIFIED**.

       We further order appellant pay all costs expended in the appeal.

       We further order this decision certified below for observance.